714308

# STATE OF LOUISIANA
# SECRETARY OF STATE

LEGAL SERVICES SECTION
P.O. BOX 94125, BATON ROUGE, LA 70804-9125
(225) 922-0415

9/12/07

CERTAIN UNDERWRITERS AT LLOYDS OF LONDON
C/O MESSRS. DANIEL M. BIANCA & GEORGE C. LOCK
MENDES & MOUNT
750 SEVENTH AVENUE
NEW YORK, NY  10019-6829

SUIT NO: 96227
22ND JUDICIAL DISTRICT COURT
PARISH OF WASHINGTON

ROY WELLS
vs
CERTAIN UNDERWRITERS AT LLOYDS LONDON

RECEIVED
SEP 17 2007
M. & M., LLP
Answered      FILE

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding. Please call the attorney that filed this document if you have any questions regarding this proceeding.  If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

JAY DARDENNE
Secretary of State

Served on: JAY DARDENNE           Date:   9/11/07 at  3:00 PM
Served by: J BROWN                Title: DEPUTY SHERIFF

================================================================
Received      Number       Date         Paid By            Amount
CHECK/M.O.    25054        8/24/07      SHAWN REED         25.00

EC                         $50
================================================================

NO. 663077





EXHIBIT
A

Form: 200                                    CITATION

| | |
|---|---|
| WELLS, ROY | No: 00000096227    Div: A |
| VERSUS | 22nd Judicial District Court |
| CERTAIN UNDERWRITERS AT LLOYDS LONDON | Parish of Washington<br>State of Louisiana |

To: CERTAIN UNDERWRITERS AT LLOYDS LONDON
    SEC OF STATE-8549 UNITED PLAZA
    BATON ROUGE, LA 70809

SERVED ON
JAY DARDENNE

Parish of EAST BATON ROUGE

SEP 1 1 2007

SECRETARY OF STATE
COMMERCIAL DIVISION

You are hereby cited to comply with the demand contained in the Plaintiff's petition, a certified copy of which accompanied this Citation, or to file your answer thereto in writing in the office of the Clerk of said Court, in the Town of Franklinton, Louisiana, fifteen (15) days after service hereof. Herein fail not or judgment will be rendered against you by default.

Witness the Honorable _____WILLIAM J BURRIS_____, Judge of said Court, this _24TH_ day of _AUGUST_, 2007.

Deputy Clerk of Court for
Johnny D. Crain, Clerk of Court

---

SERVICE INFORMATION

Received on the ____ day of _____, 20__ and on the ____ day of _____, 20__ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED:
PARISH OF _____ this ____ day of _____, 20____.

SERVICE    $_____                By:_____
MILEAGE    $_____                    Deputy Sheriff
TOTAL      $_____

[ Service Copy ]

22nd JUDICIAL DISTRICT COURT FOR THE PARISH OF WASHINGTON

STATE OF LOUISIANA

NUMBER: 96227-A                                                                 DIVISION:

ROY WELLS

VERSUS

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON

FILED: _____
                                                                 DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, **ROY WELLS**, a person of the age of majority and resident and domiciliary of the Parish of Washington, State of Louisiana, and who hereby alleges the following:

1.

That made Defendant in this cause of action is:

A. **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON** (hereinafter sometimes referred to as "defendant" and/or "LLOYD'S"), a foreign business entity providing insurance coverage and authorized to do and doing business in the Parish of St. Tammany, State of Louisiana, on or about, prior to and since, August 29, 2005.

2.

The aforementioned Defendant, **LLOYD'S**, is liable unto Petitioner in an amount fair and reasonable under the premises, together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings, including attorney's fees, and penalties pursuant to LSA-R.S. 22:1220 and/or LSA-R.S. 22:658, for the reasons enumerated herein.

3.

That at all times pertinent hereto, Defendant, **LLOYD'S**, had in full force and effect a policy of property insurance and/or other insurance under the terms of which Petitioner, **ROY WELLS**, was the named insured and which provided property coverage and/or other insurance for the building and other related structures located at **701 Avenue F, Bogalusa, Louisiana, 70427**,

Page 1 of 4

bearing policy number TSU24635. The precise terms and numbers embodied in said policy or policies of insurance are incorporated herein by reference and specifically plead as if set forth in extenso.

4.

That on or about August 29, 2005, Petitioner sustained extensive damage to the premises located at **701 Avenue F, Bogalusa, Louisiana, 70427**, including, but not limited to, the building and/or other structures which include but are not limited to damage to the roof, exterior and interior of the building.

5.

Said damage at the **701 Avenue F, Bogalusa, Louisiana**, location was a result of the effects of the severe winds of Hurricane Katrina, a covered event, which damaged the building and rendered the premises unfit and prevented it from being used for its intended purpose.

6.

That shortly after the storm, Petitioner notified Defendant of the damages to the premises located at **701 Avenue F, Bogalusa, Louisiana, 70427**.

7.

That the damages to the premises located at **701 Avenue F, Bogalusa, Louisiana, 70427** as a result of Hurricane Katrina exceeded the policy limits of the policy of insurance issued to Roy Wells by defendant, **LLOYD'S**.

8.

Defendant, **LLOYD'S**, underpaid plaintiff for the damages sustained to the premises located at **701 Avenue F, Bogalusa, Louisiana, 70427**.

9.

Defendant, **LLOYD'S**, further miscalculated the fair value of the property, the depreciation amount and/or the actual cash value of repairs.

10.

Specifically, Petitioner itemizes the damages related to the property located at **701 Avenue F, Bogalusa, Louisiana**, to include, but not be limited to, the following:

    a.    The amount necessary to repair and/or replace the damage to the building and/or

        other structures at the insured premises located at **701 Avenue F, Bogalusa, Louisiana, 70427**; and

b.    For any and all other insurable losses and/or damages of Petitioner to be proven at the trial on the merits.

11.

The provisions of LSA-R.S. 22:658 and/or LSA-R.S. 22:1220 are specifically plead as if set out herein *in extenso*, entitling Petitioner herein to penalties and attorneys fees against his insurer, Defendant, **LLOYD'S**, for their failure to pay the property damage claim for damage and loss of property relative to the premises located at **701 Avenue F, Bogalusa, Louisiana**, within the time delays allowed by law and all other violations of the laws of Louisiana relative to the obligation of good faith and fair dealing of an insurer to their insured detailed herein or proven at the trial on the merits.

12.

Inasmuch as the allegations contained in the foregoing paragraphs are inconsistent they are deemed to have been plead in the alternative.

**WHEREFORE**, Petitioner, **ROY WELLS**, respectfully prays that Defendant, **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON**, be cited and served with a copy of this lawsuit and that after due proceedings are had, there be Judgment herein in favor of Petitioner, **ROY WELLS**, and against Defendant, **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON**, in an amount fair and reasonable under the premises of this matter, plus legal interest thereon from the date of judicial demand until paid, plus all costs of the proceedings, along with penalties and attorneys fees pursuant to LSA-R.S.22:1220 and/or LSA-R.S. 22:658 and for all general and equitable relief amenable under the circumstances.

Respectfully Submitted:

**HOWARD & REED**

*Shawn C. Reed*
SHAWN C. REED, #14304
AMY C. YENARI, #23682
516 N. Columbia Street
Covington, Louisiana 70433
Telephone: (985) 893-3607
Facsimile: (985) 893-3478

**PLEASE SERVE:**

**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON**
Through its Agent for Service of Process:
**Louisiana Secretary of State**
8549 United Plaza Blvd.
Baton Rouge, Louisiana 70809

A True Copy of Original
This_____,_____
_____
Dy. Clerk of Court