UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROY WELLS** | **CIVIL ACTION** |
| **VERSUS** | **No. 07-6535** |
| **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON** | **SECTION "C" (31)** |

### ORDER AND REASONS

Before the Court is the motion of defendant, Certain Underwriters at Lloyd's, London ("Underwriters") to remand to state court for lack of federal jurisdiction. Rec. Doc. 11. Underwriters indicate that subsequent to removing the matter to federal court, they have been advised that one member of one of the three Lloyd's syndicates that are the underwriters of the property insurance policy at issue is a Louisiana citizen, and that therefore there is no complete diversity of citizenship between the plaintiffs and all defendants that would support federal jurisdiction under 28 U.S.C. § 1332. The Court agrees with the analysis of Judge Vance in *McAuslin v. Grinnell Corp.*, 2000 WL 1059850 (E.D. La. 8/1/2000) and finds complete diversity of parties is lacking in this case. Accordingly,

IT IS ORDERED that this matter be and hereby is REMANDED to the 22nd Judicial Civil Court for the Parish of Washington, State of Louisiana, for lack of jurisdiction under 28 U.S.C. § 1447(c).

.   New Orleans, Louisiana, this 5th day of June, 2008.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE